**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Forza Pipeline Services, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3843924** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2205 East CR 155** **Midland, TX 79706** Number, Street, City, State & ZIP Code | **P.O. Box 1310** **Midland, TX 79702** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Midland** County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Forza Pipeline Services, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor  **Forza Pipeline Services, Inc.**
Name

Case number (*if known*)

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.  Why is the case filed in *this district?***

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
  Contact name
  Phone

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **Forza Pipeline Services, Inc.**        Case number (*if known*) _____
     Name

☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Forza Pipeline Services, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 20, 2024**
              MM / DD / YYYY

*X* **/s/ Doug Onstead**                  **Doug Onstead**
Signature of authorized representative of debtor       Printed name

Title    **Vice-President**

**18. Signature of attorney**

*X* **/s/ Todd J. Johnston**           Date **March 20, 2024**
Signature of attorney for debtor                       MM / DD / YYYY

**Todd J. Johnston 24050837**
Printed name

**McWhorter, Cobb & Johnson, LLP**
Firm name

**P.O. Box 2547**
**Lubbock, TX 79408**
Number, Street, City, State & ZIP Code

Contact phone    **806/762-0214**      Email address    **tjohnston@mcjllp.com**

**24050837 TX**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Forza Pipeline Services, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 20, 2024**     X **/s/ Doug Onstead**
                                                 Signature of individual signing on behalf of debtor

                                                 **Doug Onstead**
                                                 Printed name

                                                 **Vice-President**
                                                 Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Forza Pipeline Services, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Big Horn Supply, LLC**<br>**4923 W. Interstate 20**<br>**Midland, TX 79706** | | | | | | **$52,551.16** |
| **Black Gold BGES Energy Services**<br>**P.O. Box 984**<br>**Hobbs, NM 88240** | | | | | | **$241,855.02** |
| **Cisco Equipment**<br>**PO Box 200715**<br>**Dallas, TX 75320-0715** | | | | | | **$162,133.27** |
| **Enterprise FM Trust**<br>**P.O. Box 800089**<br>**Kansas City, MO 64180** | | | | | | **$185,445.55** |
| **First Augusta, LLC dba Kalaco Equipment**<br>**PO Box 14468**<br>**Odessa, TX 79768** | | | | | | **$81,890.21** |
| **Gajeske**<br>**PO Box 87618**<br>**Chicago, IL 60680** | | | | | | **$79,442.99** |
| **Gorilla Coating, LLC**<br>**121 N Leech St**<br>**Hobbs, NM 88240** | | | | | | **$73,982.46** |
| **Intak Rental & Supply, LLC**<br>**PO Box 4312**<br>**Houma, LA 70361** | | | | | | **$126,234.30** |
| **ISCO Industries**<br>**1974 Solutions Center**<br>**Chicago, IL 60677** | | | | | | **$108,983.54** |

Debtor  **Forza Pipeline Services, Inc.**       Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kendrick Oil Co. P.O. Box 788 Friona, TX 79035 | | | | | | $104,468.22 |
| Kendrick Oil Company PO Box 788 Friona, TX 79035 | | | | | | $96,817.36 |
| Koserca P.O. Box 60307 Midland, TX 79711 | | | | | | $89,955.01 |
| Martin's Services PO Box 2122 Midland, TX 79706 | | | | | | $161,311.42 |
| Mulholland Energy Services 10308 WCR 72 Midland, TX 79707 | | | | | | $80,971.55 |
| New Mexico Taxation & Rev. Department PO BOX 25128 Santa Fe, NM 87504 | | | | | | $435,919.49 |
| Oil Industry Coatings, LLC 2136 Commerce Dr. Midland, TX 79703 | | | | | | $109,300.76 |
| Permian Tractor Sales, Inc PO Box 12535 Odessa, TX 79768 | | | | | | $94,556.31 |
| Pump Specialist, Inc. 4316 CR132 Snyder, TX 79549 | | | | | | $171,275.00 |
| Quarles Petroleum 1701 Fall Hill Ave., Suite 200 Fredericksburg, VA 22401 | | | | | | $93,606.84 |
| Terra HDD Road Bores PO Box 607 Seminole, TX 79360 | | | | | | $61,100.00 |

```
Internal Revenue Service
P.O. Box 249
Memphis, TN 38101


Internal Revenue Service
P.O. Box 249
Memphis, TN 38101


Internal Revenue Service
P.O. Box 249
Memphis, TN 38101


Texas Attorney General
P.O. Box 12548
Austin, TX 78711


U.S. Attorney General
U.S. Department of Justice
10th & Pennsylvannia Avenue
Washington, DC 20530


U.S. Attorney's Office
Room 700, 1205 Texas Avenue
Lubbock, TX 79401


3H Trucking, LLC
2840 S. Hwy 385
Odessa, TX 79766


A-1 Embroidery & Screening
PO Box 2636
Midland, TX 79702


Abel A. Leal
SImmons Smith Brown, PLLC
10440 N. Central Expressway, Suite 800
Dallas, TX 75231


Ace Specialties, Inc.
411 South Meadow Ave
Odessa, TX 79761


ACUREN INSPECTION
PO BOX 846313
Dallas, TX 75284
```

Air Gas USA, LLC
P.O. Box 734671
Dallas, TX 75373-4671

Alpha Dog Testing, LLC
PO Box 1603
Giddings, TX 78942

Amber L. James
James Law Firm PLLC
1610 5th Avenue
Fort Worth, TX 76104

American Piping Inspection
17110 East Pine
Tulsa, OK 74116

Anthony F. Ciccone/Clayton R. Turner
Bollier Ciccone, LLP
1101 S. Capital of Texas Hwy
Austin, TX 78746

ARC Inspection Services LLC
11555 US Hwy 380W Ste 206
Krum, TX 76249

Ashley N. Pirtle
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464

B. Jack Shepherd
Lynch, Chappell & Alsup
300 N. Marienfeld, Suite 700
Midland, TX 79701

Bell Supply Company
PO Box 1597
Gainesville, TX 76241-1597

Big Horn Supply, LLC
4923 W. Interstate 20
Midland, TX 79706

Bill Williams Tire Center
1500 South Rankin Hwy
Midland, TX 79701


Black Gold BGES Energy Services
P.O. Box 984
Hobbs, NM 88240


Brad Odell
Mullin Hoard & Brown, LLP
P.O. Box 2585
Lubbock, TX 79408


Brent A. Roberts
P.O. Box 327
Danevang, TX 77432


Brent A. Roberts
PO Box 327
Danevang, TX 77432


BTH Services and Rental LLC
PO BOX 715
Eunice, NM 88231


Burgess Bookkeeping Inc
4511 Neely Ct
Midland, TX 79707


Byrd Oilfield Services
PO Box 7269
Abilene, TX 79608


Cedar Advance, LLC
5401 Collins Ave., CU-9A
Miami Beach, FL 33140


Cisco Equipment
PO Box 200715
Dallas, TX 75320-0715


Cloudfund, LLC
400 Rella Blvd., Ste. 165-101
Suffern, NY 10901

CMC Commercial Metals
6565 N. MacArthur Blvd, Suite 800
Irving, TX 75039

Culligan Water of West Texas
PO Box 60275
Midland, TX 79711-0275

Darkhorse Energy Services, LLC
10601 W Murphy St
Odessa, TX 79763

De Lage Landen Financial Services, Inc.
PO Box 41602
Philadelphia, PA 19101-1602

Douglas W. Onstead
516 Ave. R
Shallowater, TX 79363

Douglas W. Onstead
516 Avenue R
Shallowater, TX 79363

Douglas W. Onstead
516 Ave. R.
Shallowater, TX 79363

Driven Services LLC
2071 Davis Rd
Lipan, TX 76462

Elite Parts
244 W Hwy 40 (333-1)
Roosevelt, UT 84066

Enterprise FM Trust
P.O. Box 800089
Kansas City, MO 64180

Ferguson Enterprises, LLC
4407 W Industrial Ave
Midland, TX 79703

Fierce Property Investments, LLC
2705 S. County Road 1180
Midland, TX 79706


First Augusta, LLC dba Kalaco Equipment
PO Box 14468
Odessa, TX 79768


First Choice Oilfield Service
PO Box 1180
Cedar Park, TX 78613


FirstBank & Trust
110 College Ave.
Levelland, TX 79336


Flexpipe Systems(US) LLC
Houston Pkwy West, Suite 100
Houston, TX 77086


Forza Safety
PO Box 460
Shallowater, TX 79363


Foundation Energy Services
PO BOX 848
Snyder, TX 79550


Gajeske
PO Box 87618
Chicago, IL 60680


GCR Rentals
PO Box 1742
Midland, TX 79702


Geotab USA, Inc./Enterprise FM
Dept CH 17089
Palatine, IL 60055


Goodnight Midstream, LLC
c/o Clay A. Cosse
Dykema Gossett, PLLC
1717 Main Street, Suite 4200
Dallas, TX 75201

Gorilla Coating, LLC
121 N Leech St
Hobbs, NM 88240


Huncho Energy Services, LLC
152 Wallior Street
Opelousas, LA 70571


Intak Rental & Supply, LLC
PO Box 4312
Houma, LA 70361


Iron Horse Supply LLC
PO Box 12515
Odessa, TX 79768


ISCO Industries
1974 Solutions Center
Chicago, IL 60677


Jacob Z. Weinstein
The Law Office of Jacob Z. Weinstein
420 Central Avenue, Ste. 301
Cedarhurst, NY 11516


Jason B. Hamm
Hamm Law Group, PLLC
3000 N. Garfield, Suite 205
Midland, TX 79705


Jason Lee Van Dyke
Magana & Van Dyke. PLLC
1417 E. McKinney St., #110
Denton, TX 76209


Joat One Enterprise
1925 TX-302
Kermit, TX 79745


Jonathan R. Davis
Shannon Porter & Johnson
317 West Concho
San Angelo, TX 76903

Kara Kimble
Altus Global Solutions
2121 Airline Drive, Suite 520
Metairie, LA 70002


Kelly,Morgan,Dennis,Corzine & Hansen P.C
PO Box 1311
Odessa, TX 79760


Kendrick Oil Co.
P.O. Box 788
Friona, TX 79035


Kendrick Oil Company
PO Box 788
Friona, TX 79035


Kirby-Smith Machinery, Inc.
PO Box 270360
Oklahoma City, OK 73137


Koserca
P.O. Box 60307
Midland, TX 79711


Linda Russell
Crenshaw, Dupree & Milam, LLP
Lubbock, TX 79464


Lou's Clinical Lab, Inc.
PO Box 394
Odessa, TX 79760


Louisiana Department of Revenue
PO Box 201
Baton Rouge, LA 70821


Mark D. Bagnall
Hicks Law Group
325 N. St. Paul Street, Suite 4400
Dallas, TX 75201


Martin's Services
PO Box 2122
Midland, TX 79706

Matheson
DEPT 3028 PO BOX 123028
Dallas, TX 75312

McIntyre DOT Safety Consultants
7345 S. Ratliff Rd.
San Angelo, TX 76904

Merchants Fleet
14 CENTRAL PARK DRIVE 1ST FLOOR
Hooksett, NH 03106

Michael  Price
30405 Maxey Cemetery Ln
Wister, OK 74966

Milford
7607 W. Industrial Ave
Midland, TX 79706

Mitchell Hopper Infrastructure
PO BOX 9149
Minneapolis, MN 55480

Mulch Masters, LLC
6192 FM 1296
Waelder, TX 78959

Mulholland Energy Services
10308 WCR 72
Midland, TX 79707

Murray A. Crutcher, III
Atkins, Hollman, Jones, Peacock,
Lewis & Lyon, Inc.
3800 E. 42nd, Street, Suite 500
Odessa, TX 79762

New Mexico Taxation & Rev. Department
PO BOX 25128
Santa Fe, NM 87504

Oil Industry Coatings, LLC
2136 Commerce Dr.
Midland, TX 79703

Omega Recovery Group, LLC
c/o Jacob Weinstein
420 Central Avenue, Suite 301
Cedarhurst, NY 11516


Onsite Diesel Tech, LLC
16886 Encino Ct
Christoval, TX 76935


PACE Field Services, LLC
4060 Faudree Rd. STE 104A #219
Odessa, TX 79765


Paul Tabron
The Leviton Law Firm
One Pierce Place, Suite 725W
Itasca, IL 60143


Pawnee Leasing Corp
3801 Automation Way
Suite 207
Fort Collins, CO 80525


Permian Basin Office
208 South A St
Midland, TX 79701


Permian Tractor Sales, Inc
PO Box 12535
Odessa, TX 79768


Personnel Concepts
PO Box 5750
Carol Stream, IL 60197


Precision Crane & Transport
PO Box 3264
Odessa, TX 79760


Pump Specialist, Inc.
4316 CR132
Snyder, TX 79549

Quarles Petroleum
1701 Fall Hill Ave., Suite 200
Fredericksburg, VA 22401

Reliance Financial
633 167th Street
Miami, FL 33162

RK Pump & Supply
12563 Lovington Hwy
Loco Hills, NM 88255

Rogue Industries
15846 S. Quartz Ave.
Odessa, TX 79766

Safe Hands Safety
517 93rd St.
Odessa, TX 79765

Sek Industrial Coatings
PO Box 53070
Midland, TX 79710

Shane Hrabe
The Law Offices of Mark A. Kirkorsky
1119 W. Southern Ave., 2nd Floor
Mesa, AZ 85210

Shawcor Composite Production Systems
c/o Leo Rothman
Baker Bloomberg & Associates
Katy, TX 77450

Sherwin Williams
2005 N Saint Marys St
Beeville, TX 78102

Sierra Springs
PO Box 660579
Dallas, TX 75266

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

Sunstate Equipment Co.
PO Box 208439
Dallas, TX 75320


Superior Hydrovac Solutions, LLC
PO BOX 1645
Hobbs, NM 88241


Terra HDD Road Bores
PO Box 607
Seminole, TX 79360


Texas Lobo Trucking, LLC
 dba Lobo Trucking
P.O Box 2914
Hobbs, NM 88241


Texas ReExcavation LC
5114 Railroad St
Deer Park, TX 77536


Texas Workforce Commission
101 E. 15th Street, Room 556
Austin, TX 78778


Triple T Fence, LLC
PO Box 80700
Midland, TX 79708


TXP Capital, LLC
PO Box 64443
Lubbock, TX 79464


United Rentals
PO Box 840514
Dallas, TX 75284


VAC2GO-KY
2112 Button Ln.
La Grange, KY 40031


Vermeer Texas - Louisiana
PO Box 650823
Dallas, TX 75265

Viper Specialized Services, LLC
2306 N FM 1788
Midland, TX 79707


West Texas IT Consulting
3000 N. Garfield St. #180
Midland, TX 79705


Wiebe's Fresh Water, LLC
PO Box 1713
Stanton, TX 79782


Wild West Trucking, LLC
PO Box 189
Pecos, TX 79772


Xstreme  MD
1028 Forum Drive
Broussard, LA 70518


Yellowhouse Machinery, Co
12230 West Hwy 191
Midland, TX 79707

# United States Bankruptcy Court
## Western District of Texas

In re  **Forza Pipeline Services, Inc.**                                   Case No. _____
                                                Debtor(s)         Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Forza Pipeline Services, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 20, 2024**
Date

**/s/ Todd J. Johnston**
**Todd J. Johnston 24050837**
Signature of Attorney or Litigant
Counsel for   **Forza Pipeline Services, Inc.**
**McWhorter, Cobb & Johnson, LLP**
**P.O. Box 2547**
**Lubbock, TX 79408**
**806/762-0214 Fax:806/762-8014**
**tjohnston@mcjllp.com**