| Fill in this information to identify the case: |
| --- |
| Debtor name **Forza Pipeline Services, Inc.** |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS |
| Case number (if known) **24-70030** |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

### Part 1:  Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................... $     1,790,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................... $     1,045,425.26

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... $     2,835,425.26

### Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $     3,204,157.35

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     4,116,431.20

4.  **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                      $     7,320,588.55

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Forza Pipeline Services, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | **24-70030** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**First Bank & Trust**
**3004 Slide Road**
**Lubbock, TX 79407**
7.1.  **(checking acct. # xxx1632)**                                                      $178.91

**First Bank & Trust**
**First Bank & Trust**
**3004 Slide Road**
**Lubbock, TX 79407**
7.2.  **(checking acct. # xxx4352)**                                                      $246.35

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                   $425.26
Add lines 7 through 8. Copy the total to line 81.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Debtor  **Forza Pipeline Services, Inc.**                    Case number *(If known)* **24-70030**
_____
Name

■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | 534,000.00 | - | 267,000.00 = .... | $267,000.00 |

11a. 90 days old or less: _____534,000.00_____ - _____267,000.00_____ = .... _____$267,000.00_____
                        face amount          doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | $267,000.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**  **Office Furniture and Computers** | $0.00 | | $5,000.00 |

| 40. | **Office fixtures** |
|---|---|

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | $5,000.00 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

Debtor **Forza Pipeline Services, Inc.**                    Case number *(If known)* **24-70030**
_____
Name

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

        ☐ No. Go to Part 9.
        ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.     Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   twelve (12) cargo trailers, three (3) pipe<br>trailers, four (4) water trailers | **Unknown** | | $38,000.00 |
| 47.2.   **2005 Kenworth truck and 48' flatbed<br>trailer** | **Unknown** | | $85,000.00 |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
        floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm**
        **machinery and equipment)**
        **Equipment including:**
        **- 2-40 ft containers**
        **- 2018 track hoe 210**
        **- small connex**
        **- misc tools**
        **- 14'x28' building**
        **- 14'x24' building.**
        **- 24 gen/compressors**
        **- padding bucket**
        **- sand blast rigg**
        **- skids/yellow cones**
        **- 1055 Vermeer trencher**
        **- scrap metal/pipe and racks**                    **Unknown**                    $650,000.00

51.     **Total of Part 8.**                                                                    | $773,000.00 |
        Add lines 47 through 50. Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 9:     Real property**

**54. Does the debtor own or lease any real property?**

| Debtor | **Forza Pipeline Services, Inc.** | Case number *(if known)* **24-70030** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Real Property and Improvements located a 2217 E. County Road 155, Midland, Texas 79706, more specifically described as:**<br><br>**Tract One (1): 2.00 acres out of a 28.21 Acre Tract of Land in the T&P RR Co. Survey, Block 38, T-2-S, Setion 24, Midland County, Texas; and**<br><br>**Tract Two (2): 4.00 acres out of a 28.21 Acre Tract of Land in the T&P RR Co. Survey, Block 38, T-2-S, Setion 24, Midland County, Texas.** | Fee simple | $0.00 | Appraisal | $1,790,000.00 |
| 55.2. **Master Service Agreements.  See attached addendum.** | Fee simple | Unknown | | Unknown |

56. **Total of Part 9.** | | | | $1,790,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

<div style="background:black;color:white">**Part 10:**</div> **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Debtor   __**Forza Pipeline Services, Inc.**_____     Case number *(if known)*  __**24-70030**_____
            Name

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Forza Pipeline Services, Inc.**  _____  Case number *(If known)*  **24-70030**  _____
       Name

---

**Part 12:**   **Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $425.26 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $267,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $773,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...........................................> | | $1,790,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,045,425.26 | + 91b. $1,790,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,835,425.26 |

**Fill in this information to identify the case:**

Debtor name  **Forza Pipeline Services, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **24-70030**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

---

**2.1   Cedar Advance, LLC**
Creditor's Name

5401 Collins Ave., CU-9A
Miami Beach, FL 33140
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**10/31/2023**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Accounts receivable.**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

| | **$580,000.00** | **Unknown** |
|---|---|---|

---

**2.2   Cloudfund, LLC**
Creditor's Name
400 Rella Blvd., Ste.
165-101
Suffern, NY 10901
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**August 30, 2023**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Accounts receivable.**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| | **$461,868.00** | **Unknown** |
|---|---|---|

---

Debtor  **Forza Pipeline Services, Inc.**　　　　Case number (if known)　**24-70030**
　　　　Name

■ No　　　　　　　　　　　　■ Contingent
☐ Yes. Specify each creditor,　　■ Unliquidated
including this creditor and its relative　■ Disputed
priority.

---

| 2.3 | **FirstBank & Trust** | Describe debtor's property that is subject to a lien | $606,994.00 | $1,790,000.00 |

Creditor's Name

**Real Property and Improvements located a 2217 E. County Road 155, Midland, Texas 79706, more specifically described as:**

**Tract One (1): 2.00 acres out of a 28.21 Acre Tract of Land in the T&P RR Co. Survey, Block 38, T-2-S, Setion 24, Mid**

**110 College Ave.
Levelland, TX 79336**
Creditor's mailing address

Describe the lien
**First Mortgage**
Is the creditor an insider or related party?

■ No
Creditor's email address, if known　☐ Yes
Is anyone else liable on this claim?
Date debt was incurred　　　　☐ No
**January 30, 2020**　　　　　■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number
**4769**
Do multiple creditors have an　　As of the petition filing date, the claim is:
interest in the same property?　　Check all that apply
☐ No　　　　　　　　　　　☐ Contingent
■ Yes. Specify each creditor,　　☐ Unliquidated
including this creditor and its relative　☐ Disputed
priority.
**1. FirstBank & Trust
2. TXP Capital, LLC**

---

| 2.4 | **Reliance Financial** | Describe debtor's property that is subject to a lien | $806,143.75 | Unknown |

Creditor's Name
**Accounts receivable.**

**633 167th Street
Miami, FL 33162**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
Creditor's email address, if known　☐ Yes
Is anyone else liable on this claim?
Date debt was incurred　　　　☐ No
**12/12/2023**　　　　　　　■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an　　As of the petition filing date, the claim is:
interest in the same property?　　Check all that apply
■ No　　　　　　　　　　　■ Contingent
☐ Yes. Specify each creditor,　　■ Unliquidated
including this creditor and its relative　■ Disputed
priority.

---

| 2.5 | **Texas Workforce Commission** | Describe debtor's property that is subject to a lien | $4,957.43 | $0.00 |

---

| Debtor | **Forza Pipeline Services, Inc.** | Case number (if known) | **24-70030** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**101 E. 15th Street, Room 556**
**Austin, TX 78778**
Creditor's mailing address

**Describe the lien**
**Statutory Lien**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**1-10-24**
Last 4 digits of account number
**1937**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **TXP Capital, LLC** | Describe debtor's property that is subject to a lien | $744,194.17 | $1,790,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Real Property and Improvements located a 2217 E. County Road 155, Midland, Texas 79706, more specifically described as:**

**Tract One (1): 2.00 acres out of a 28.21 Acre Tract of Land in the T&P RR Co. Survey, Block 38, T-2-S, Setion 24, Mid**

**PO Box 64443**
**Lubbock, TX 79464**
Creditor's mailing address

**Describe the lien**
**Second Mortgage**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**October 19, 2023**
Last 4 digits of account number
**5299**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$3,204,157.35**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | **Forza Pipeline Services, Inc.** | Case number (if known) | **24-70030** |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brad Odell**<br>**Mullin Hoard & Brown, LLP**<br>**P.O. Box 2585**<br>**Lubbock, TX 79408** | Line **2.6** | |
| **Brent A. Roberts**<br>**P.O. Box 327**<br>**Danevang, TX 77432** | Line **2.3** | |
| **Brent A. Roberts**<br>**P.O. Box 327**<br>**Danevang, TX 77432** | Line **2.2** | |
| **Douglas W. Onstead**<br>**516 Ave. R**<br>**Shallowater, TX 79363** | Line **2.3** | |
| **Douglas W. Onstead**<br>**516 Avenue R**<br>**Shallowater, TX 79363** | Line **2.2** | |
| **Jacob Z. Weinstein**<br>**The Law Office of Jacob Z. Weinstein**<br>**420 Central Avenue, Ste. 301**<br>**Cedarhurst, NY 11516** | Line **2.4** | |
| **Omega Recovery Group, LLC**<br>**c/o Jacob Weinstein**<br>**420 Central Avenue, Suite 301**<br>**Cedarhurst, NY 11516** | Line **2.4** | |

**Fill in this information to identify the case:**

Debtor name **Forza Pipeline Services, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **24-70030**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1: List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**3H Trucking, LLC**<br>**2840 S. Hwy 385**<br>**Odessa, TX 79766**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$39,113.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**A-1 Embroidery & Screening**<br>**PO Box 2636**<br>**Midland, TX 79702**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$6,876.68** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Ace Specialties, Inc.**<br>**411 South Meadow Ave**<br>**Odessa, TX 79761**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$12,720.80** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**ACUREN INSPECTION**<br>**PO BOX 846313**<br>**Dallas, TX 75284**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$2,029.40** |

35216

| Debtor | **Forza Pipeline Services, Inc.** | Case number (if known) | **24-70030** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $454.32 |
|---|---|---|---|

**Air Gas USA, LLC**
P.O. Box 734671
Dallas, TX 75373-4671

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**Alpha Dog Testing, LLC**
PO Box 1603
Giddings, TX 78942

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,420.00 |
|---|---|---|---|

**American Piping Inspection**
17110 East Pine
Tulsa, OK 74116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**ARC Inspection Services LLC**
11555 US Hwy 380W Ste 206
Krum, TX 76249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,011.79 |
|---|---|---|---|

**Bell Supply Company**
PO Box 1597
Gainesville, TX 76241-1597

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,551.16 |
|---|---|---|---|

**Big Horn Supply, LLC**
4923 W. Interstate 20
Midland, TX 79706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,781.40 |
|---|---|---|---|

**Bill Williams Tire Center**
1500 South Rankin Hwy
Midland, TX 79701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Forza Pipeline Services, Inc.** | Case number (if known) | **24-70030** |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address
**Black Gold BGES Energy Services**
P.O. Box 984
Hobbs, NM 88240

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$241,855.02**

---

**3.13** | Nonpriority creditor's name and mailing address
**BTH Services and Rental LLC**
PO BOX 715
Eunice, NM 88231

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27,504.81**

---

**3.14** | Nonpriority creditor's name and mailing address
**Burgess Bookkeeping Inc**
4511 Neely Ct
Midland, TX 79707

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$260.00**

---

**3.15** | Nonpriority creditor's name and mailing address
**Byrd Oilfield Services**
PO Box 7269
Abilene, TX 79608

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$19,452.52**

---

**3.16** | Nonpriority creditor's name and mailing address
**Cisco Equipment**
PO Box 200715
Dallas, TX 75320-0715

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$162,133.27**

---

**3.17** | Nonpriority creditor's name and mailing address
**CMC Commercial Metals**
6565 N. MacArthur Blvd, Suite 800
Irving, TX 75039

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$943.50**

---

**3.18** | Nonpriority creditor's name and mailing address
**Culligan Water of West Texas**
PO Box 60275
Midland, TX 79711-0275

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,642.12**

---

| Debtor | **Forza Pipeline Services, Inc.** | Case number (if known) | **24-70030** |
| --- | --- | --- | --- |
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,547.50** |
| --- | --- | --- | --- |

**Darkhorse Energy Services, LLC**
10601 W Murphy St
Odessa, TX 79763

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,066.84** |
| --- | --- | --- | --- |

**De Lage Landen Financial Services, Inc.**
PO Box 41602
Philadelphia, PA 19101-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,150.00** |
| --- | --- | --- | --- |

**Driven Services LLC**
2071 Davis Rd
Lipan, TX 76462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,089.43** |
| --- | --- | --- | --- |

**Elite Parts**
244 W Hwy 40 (333-1)
Roosevelt, UT 84066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185,445.55** |
| --- | --- | --- | --- |

**Enterprise Fleet Truck**
P.O. Box 800089
Kansas City, MO 64180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,244.99** |
| --- | --- | --- | --- |

**Ferguson Enterprises, LLC**
4407 W Industrial Ave
Midland, TX 79703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Fierce Property Investments, LLC**
2705 S. County Road 1180
Midland, TX 79706

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Forza Pipeline Services, Inc.** | Case number (if known) | **24-70030** |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$81,890.21**

**First Augusta, LLC dba Kalaco Equipment**
PO Box 14468
Odessa, TX 79768

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,700.00**

**First Choice Oilfield Service**
PO Box 1180
Cedar Park, TX 78613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,265.58**

**Flexpipe Systems(US) LLC**
Houston Pkwy West, Suite 100
Houston, TX 77086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,503.20**

**Forza Safety**
PO Box 460
Shallowater, TX 79363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,564.67**

**Foundation Energy Services**
PO BOX 848
Snyder, TX 79550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79,442.99**

**Gajeske**
PO Box 87618
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,786.13**

**GCR Rentals**
PO Box 1742
Midland, TX 79702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Forza Pipeline Services, Inc.** | Case number (if known) | **24-70030** |
|---|---|---|---|
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.08**

**Geotab USA, Inc./Enterprise FM**
**Dept CH 17089**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,222.47**

**Goodnight Midstream, LLC**
**c/o Clay A. Cosse**
**Dykema Gossett, PLLC**
**1717 Main Street, Suite 4200**
**Dallas, TX 75201**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **indemnity claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,982.46**

**Gorilla Coating, LLC**
**121 N Leech St**
**Hobbs, NM 88240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,795.00**

**Huncho Energy Services, LLC**
**152 Wallior Street**
**Opelousas, LA 70571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$126,234.30**

**Intak Rental & Supply, LLC**
**PO Box 4312**
**Houma, LA 70361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,186.32**

**Iron Horse Supply LLC**
**PO Box 12515**
**Odessa, TX 79768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$108,983.54**

**ISCO Industries**
**1974 Solutions Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Forza Pipeline Services, Inc.** | Case number (if known) | **24-70030** |
|---|---|---|---|
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,056.00 |
|---|---|---|---|

**Joat One Enterprise**
1925 TX-302
Kermit, TX 79745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282,378.00 |
|---|---|---|---|

**KDO Enterprises, LLC**
516 Ave. R.
Shallowater, TX 79363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  unpaid equipment rental charges

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,055.00 |
|---|---|---|---|

**Kelly,Morgan,Dennis,Corzine & Hansen P.C**
PO Box 1311
Odessa, TX 79760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104,468.22 |
|---|---|---|---|

**Kendrick Oil Co.**
P.O. Box 788
Friona, TX 79035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,817.36 |
|---|---|---|---|

**Kendrick Oil Company**
PO Box 788
Friona, TX 79035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,457.71 |
|---|---|---|---|

**Kirby-Smith Machinery, Inc.**
PO Box 270360
Oklahoma City, OK 73137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,955.01 |
|---|---|---|---|

**Koserca**
P.O. Box 60307
Midland, TX 79711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Forza Pipeline Services, Inc.** | Case number (if known) | **24-70030** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,390.00 |
|---|---|---|---|

**Lou's Clinical Lab, Inc.**
PO Box 394
Odessa, TX 79760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,384.27 |
|---|---|---|---|

**Louisiana Department of Revenue**
PO Box 201
Baton Rouge, LA 70821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161,311.42 |
|---|---|---|---|

**Martin's Services**
PO Box 2122
Midland, TX 79706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,949.14 |
|---|---|---|---|

**Matheson**
DEPT 3028 PO BOX 123028
Dallas, TX 75312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $825.00 |
|---|---|---|---|

**McIntyre DOT Safety Consultants**
7345 S. Ratliff Rd.
San Angelo, TX 76904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,664.35 |
|---|---|---|---|

**Merchants Fleet**
14 CENTRAL PARK DRIVE 1ST FLOOR
Hooksett, NH 03106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,718.00 |
|---|---|---|---|

**Michael  Price**
30405 Maxey Cemetery Ln
Wister, OK 74966

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Forza Pipeline Services, Inc.** | Case number (if known) | **24-70030** |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,122.59** |
|---|---|---|---|

**Milford**
**7607 W. Industrial Ave**
**Midland, TX 79706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,884.00** |
|---|---|---|---|

**Mitchell Hopper Infrastructure**
**PO BOX 9149**
**Minneapolis, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,450.00** |
|---|---|---|---|

**Mulch Masters, LLC**
**6192 FM 1296**
**Waelder, TX 78959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$80,971.55** |
|---|---|---|---|

**Mulholland Energy Services**
**10308 WCR 72**
**Midland, TX 79707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$435,919.49** |
|---|---|---|---|

**New Mexico Taxation & Rev. Department**
**PO BOX 25128**
**Santa Fe, NM 87504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$109,300.76** |
|---|---|---|---|

**Oil Industry Coatings, LLC**
**2136 Commerce Dr.**
**Midland, TX 79703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,697.77** |
|---|---|---|---|

**Onsite Diesel Tech, LLC**
**16886 Encino Ct**
**Christoval, TX 76935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Forza Pipeline Services, Inc.** | | Case number (if known) | **24-70030** |
|---|---|---|---|---|
| | <sub>Name</sub> | | | |

---

**3.61** | Nonpriority creditor's name and mailing address
**PACE Field Services, LLC**
4060 Faudree Rd. STE 104A #219
Odessa, TX 79765

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$10,905.00**

---

**3.62** | Nonpriority creditor's name and mailing address
**Permian Basin Office**
208 South A St
Midland, TX 79701

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$351.81**

---

**3.63** | Nonpriority creditor's name and mailing address
**Permian Tractor Sales, Inc**
PO Box 12535
Odessa, TX 79768

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$94,556.31**

---

**3.64** | Nonpriority creditor's name and mailing address
**Personnel Concepts**
PO Box 5750
Carol Stream, IL 60197

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$697.03**

---

**3.65** | Nonpriority creditor's name and mailing address
**Precision Crane & Transport**
PO Box 3264
Odessa, TX 79760

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$48,342.50**

---

**3.66** | Nonpriority creditor's name and mailing address
**Pump Specialist, Inc.**
4316 CR132
Snyder, TX 79549

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$171,275.00**

---

**3.67** | Nonpriority creditor's name and mailing address
**Quarles Petroleum**
1701 Fall Hill Ave., Suite 200
Fredericksburg, VA 22401

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$93,606.84**

---

| Debtor | **Forza Pipeline Services, Inc.** | Case number (if known) | **24-70030** |
|---|---|---|---|
| | Name | | |

---

**3.68**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,046.58 |
|---|---|---|
| **RK Pump & Supply**<br>**12563 Lovington Hwy**<br>**Loco Hills, NM 88255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288,341.18 |
|---|---|---|
| **Roberts Ranches, LLC**<br>**P.O. Box 327**<br>**Danevang, TX 77432** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  unpaid equipment lease charges | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,470.00 |
|---|---|---|
| **Rogue Industries**<br>**15846 S. Quartz Ave.**<br>**Odessa, TX 79766** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,417.88 |
|---|---|---|
| **Safe Hands Safety**<br>**517 93rd St.**<br>**Odessa, TX 79765** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,220.00 |
|---|---|---|
| **Sek Industrial Coatings**<br>**PO Box 53070**<br>**Midland, TX 79710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,318.70 |
|---|---|---|
| **Shawcor Composite Production Systems**<br>**c/o Leo Rothman**<br>**Baker Bloomberg & Associates**<br>**Katy, TX 77450** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  7168 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.34 |
|---|---|---|
| **Sherwin Williams**<br>**2005 N Saint Marys St**<br>**Beeville, TX 78102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Forza Pipeline Services, Inc.** | Case number (if known) | **24-70030** |
|---|---|---|---|
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,117.73**

**Sierra Springs**
PO Box 660579
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,633.20**

**Sunbelt Rentals**
PO Box 409211
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,204.16**

**Sunstate Equipment Co.**
PO Box 208439
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51,694.43**

**Superior Hydrovac Solutions, LLC**
PO BOX 1645
Hobbs, NM 88241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$61,100.00**

**Terra HDD Road Bores**
PO Box 607
Seminole, TX 79360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,222.47**

**Texas Lobo Trucking, LLC**
  dba Lobo Trucking
P.O Box 2914
Hobbs, NM 88241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00**

**Texas ReExcavation LC**
5114 Railroad St
Deer Park, TX 77536

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Forza Pipeline Services, Inc.** | Case number (if known) | **24-70030** |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,255.37 |
|---|---|---|---|

**The Hogg's, LLC**
3709 Gregory Street, Ste.104
Wichita Falls, TX 76308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __unpaid equipment lease charges__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.50 |
|---|---|---|---|

**Triple T Fence, LLC**
PO Box 80700
Midland, TX 79708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,182.00 |
|---|---|---|---|

**United Rentals**
PO Box 840514
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,460.26 |
|---|---|---|---|

**VAC2GO-KY**
2112 Button Ln.
La Grange, KY 40031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,498.26 |
|---|---|---|---|

**Vermeer Texas - Louisiana**
PO Box 650823
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,915.00 |
|---|---|---|---|

**Viper Specialized Services, LLC**
2306 N FM 1788
Midland, TX 79707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,052.57 |
|---|---|---|---|

**West Texas IT Consulting**
3000 N. Garfield St. #180
Midland, TX 79705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Forza Pipeline Services, Inc.** | Case number (if known) | **24-70030** |
|---|---|---|---|
| | Name | | |

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**Wiebe's Fresh Water, LLC**
PO Box 1713
Stanton, TX 79782

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,077.60 |
|---|---|---|---|

**Wild West Trucking, LLC**
PO Box 189
Pecos, TX 79772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,102.00 |
|---|---|---|---|

**Xstreme  MD**
1028 Forum Drive
Broussard, LA 70518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,350.79 |
|---|---|---|---|

**Yellowhouse Machinery, Co**
12230 West Hwy 191
Midland, TX 79707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Abel A. Leal**<br>**Simmons Smith Brown, PLLC**<br>**10440 N. Central Expressway, Suite 800**<br>**Dallas, TX 75231** | Line _3.43_<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Amber L. James**<br>**James Law Firm PLLC**<br>**1610 5th Avenue**<br>**Fort Worth, TX 76104** | Line _3.26_<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Amber L. James**<br>**James Law Firm PLLC**<br>**1610 5th Avenue**<br>**Fort Worth, TX 76104** | Line _3.49_<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Anthony F. Ciccone/Clayton R. Turner**<br>**Bollier Ciccone, LLP**<br>**1101 S. Capital of Texas Hwy**<br>**Austin, TX 78746** | Line _3.25_<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Forza Pipeline Services, Inc.** | Case number (if known) | **24-70030** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.5** **Ashley N. Pirtle** Crenshaw, Dupree & Milam, LLP P.O. Box 64479 Lubbock, TX 79464 | Line **3.80** ☐ Not listed. Explain ____ | — |
| **4.6** **B. Jack Shepherd** Lynch, Chappell & Alsup 300 N. Marienfeld, Suite 700 Midland, TX 79701 | Line **3.37** ☐ Not listed. Explain ____ | — |
| **4.7** **Jason B. Hamm** Hamm Law Group, PLLC 3000 N. Garfield, Suite 205 Midland, TX 79705 | Line **3.10** ☐ Not listed. Explain ____ | — |
| **4.8** **Jason Lee Van Dyke** Magana & Van Dyke. PLLC 1417 E. McKinney St., #110 Denton, TX 76209 | Line **3.57** ☐ Not listed. Explain ____ | — |
| **4.9** **Jonathan R. Davis** Shannon Porter & Johnson 317 West Concho San Angelo, TX 76903 | Line **3.16** ☐ Not listed. Explain ____ | — |
| **4.10** **Kara Kimble** Altus Global Solutions 2121 Airline Drive, Suite 520 Metairie, LA 70002 | Line **3.92** ☐ Not listed. Explain ____ | **5936** |
| **4.11** **Linda Russell** Crenshaw, Dupree & Milam, LLP Lubbock, TX 79464 | Line **3.79** ☐ Not listed. Explain ____ | — |
| **4.12** **Mark D. Bagnall** Hicks Law Group 325 N. St. Paul Street, Suite 4400 Dallas, TX 75201 | Line **3.45** ☐ Not listed. Explain ____ | — |
| **4.13** **Murray A. Crutcher, III** Atkins, Hollman, Jones, Peacock, Lewis & Lyon, Inc. 3800 E. 42nd, Street, Suite 500 Odessa, TX 79762 | Line **3.59** ☐ Not listed. Explain ____ | — |
| **4.14** **Paul Tabron** The Leviton Law Firm One Pierce Place, Suite 725W Itasca, IL 60143 | Line **3.92** ☐ Not listed. Explain ____ | — |
| **4.15** **Shane Hrabe** The Law Offices of Mark A. Kirkorsky 1119 W. Southern Ave., 2nd Floor Mesa, AZ 85210 | Line **3.24** ☐ Not listed. Explain ____ | — |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |

| Debtor | **Forza Pipeline Services, Inc.** | | | Case number (if known) | **24-70030** |
|---|---|---|---|---|---|
| | Name | | | | |

| 5b. Total claims from Part 2 | 5b. | + | $ | 4,116,431.20 |
|---|---|---|---|---|

| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | | $ | 4,116,431.20 |
|---|---|---|---|---|

| Fill in this information to identify the case: |
| --- |
| Debtor name  **Forza Pipeline Services, Inc.** |
| United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS |
| Case number (if known)  **24-70030** |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | See attached addendum. |

| Fill in this information to identify the case: |
|---|

Debtor name **Forza Pipeline Services, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **24-70030**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Brent A. Roberts** | **PO Box 327** <br> **Danevang, TX 77432** | **Intak Rental & Supply, LLC** | ☐ D _____ <br> ■ E/F __3.37__ <br> ☐ G _____ |
| 2.2 | **Brent A. Roberts** | **PO Box 327** <br> **Danevang, TX 77432** | **Cloudfund, LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Brent A. Roberts** | **PO Box 327** <br> **Danevang, TX 77432** | **Ferguson Enterprises, LLC** | ☐ D _____ <br> ■ E/F __3.24__ <br> ☐ G _____ |
| 2.4 | **Brent A. Roberts** | **PO Box 327** <br> **Danevang, TX 77432** | **First Augusta, LLC dba Kalaco Equipment** | ☐ D _____ <br> ■ E/F __3.26__ <br> ☐ G _____ |
| 2.5 | **Brent A. Roberts** | **P.O. Box 327** <br> **Danevang, TX 77432** | **Reliance Financial** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor   **Forza Pipeline Services, Inc.**                    Case number *(if known)*   **24-70030**

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| 2.6 | **Brent A. Roberts** | **PO Box 327**<br>**Danevang, TX 77432** | **TXP Capital, LLC** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.7 | **Brent A. Roberts** | **PO Box 327**<br>**Danevang, TX 77432** | **Cedar Advance, LLC** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Brent A. Roberts** | **PO Box 327**<br>**Danevang, TX 77432** | **FirstBank & Trust** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Douglas W. Onstead** | **516 Ave. R.**<br>**Shallowater, TX 79363** | **Cloudfund, LLC** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Douglas W. Onstead** | **516 Ave. R.**<br>**Shallowater, TX 79363** | **Reliance Financial** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Douglas W. Onstead** | **516 Ave. R.**<br>**Shallowater, TX 79363** | **TXP Capital, LLC** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Douglas W. Onstead** | **516 Ave. R.**<br>**Shallowater, TX 79363** | **Cedar Advance, LLC** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Douglas W. Onstead** | **516 Ave. R.**<br>**Shallowater, TX 79363** | **FirstBank & Trust** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Forza Pipeline Services, Inc.**                              Case number *(if known)*   **24-70030**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

## Addendum - Schedule G
### (Debtor's Current MSAs)

| Company | Address | Effective Date |
|---|---|---|
| Ameredev Operating, LLC | 2901 Via Fortuna, # 600 Austin TX 78746 | 8.03.21 |
| Aspen Midstream | 3811 Turtle Creek Blvd, 770 Dalls, TX 75219 | 3.30.19 |
| Barron Petroleum | 471 TX-67, Graham, TX 76450 | |
| BXP Operating, LLC | PO BOX 542487 Dallas, TX 75354 | 8.7.20 |
| Concho COG Operating, LLC Conoco Phillips | 600 W Illinois Ave. Midland, TX 79701 | 1.28.19 |
| Callon Petroleum | 2000 W Sam Houston Parkway South | |
| Continental Resourses | PO BOX 269007 Oklahoma City, OK 73126 | 12.22.2021 |
| Crown Quest Operating, LLC | PO BOX 53310 Midland, TX 79710 | 8.15.19 |
| Encore Permian Operating, LLC | PO BOX 1113 Midland, TX 79702 | |
| Endeavor Energy Resources, LP | 110 N Marienfeld, #200 Midland, TX 79701 | 3.25.19 |
| EOG Resources, Inc. | PO BOX 4362 Houston TX 77210-4362 | 3.16.22 |
| E R Operating Company | 5956 Sherry Lane, Suite 1365 Dallas, TX 75225 | 10.01.21 |
| Goodnight Midstream Permian, LLC | 110 N Marienfeld, #200 Midland, TX 79701 | 11.12.20 |

| | | |
|---|---|---|
| Lucid Energy Group II, LLC | 3100 McKinnon St. #800 Dallas, TX 75201 | |
| Oryx Delaware Oil Transport LLC | 4000 N. Big Spring, Suite 500, Midland TX 79705 | |
| PDC Energy | 120 Genesis Blvd. PO Box 26 Bridgeport, WV 26330 | 2.11.19 |
| Pioneer Natural Resources, USA, Inc. | 777 Hidden Ridge Irving, TX 75038 | |
| Waterbridge Texas Operating LLC | 5555 San Felipe St., Ste. 1200 Houston, TX 77056 | 8/23/2023 |
| XRI Holding LLC. | 303 West Wall Street Suite 400 Midland TX 79701 | 2.14.23 |
| XTO Energy, Inc | 6401 N. Holiday Hill Rd Building 5 Midland, TX 79707 | 5.17.19 |