

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 01, 2024.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| **Forza Pipeline Services, Inc.,** | § | Case No. 24-70030-smr |
| | § | |
| Debtor. | § | |

**AGREED ORDER AUTHORIZING DISTRIBUTION OF
REMAINING SALES PROCEEDS TO TXP CAPITAL, LLC**
**[Refers to Docket Nos. 57 & 66]**

On July 11, 2024, the Court considered the *Motion for Authority to Sell Personal Property of the Estate Free and Clear of Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. §§ 363(b) and 363 (f)* (the "**Motion**") [Docket No. 57] filed on July 3, 2024 by Forza Pipeline Services, Inc., the Debtor in Possession ("**Debtor**") in the above styled and numbered chapter 11 proceeding. On July 15, 2024, the Court entered the *Agreed Order Granting Motion for Authority to Sell Personal Property of the Estate Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. §§ 363(b) and 363(f)* (the "**Sale Order**").[1]

---

[1] Any capitalized terms not defined in this Order shall have the same meanings given to them in the Sales Order.

AGREED ORDER AUTHORIZING DISTRIBUTION OF REMAINING SALES PROCEEDS - PAGE 1 OF 3

In the Sales Order, the Debtor, TXP Capital, LLC, and First Bank & Trust were permitted to submit an agreed order on the distribution of the Remaining Proceeds from the authorized sales to the Court without any further need for hearing. The Debtor, TXP Capital, LLC, and First Bank & Trust have reached an agreement as set forth in this Order regarding the distribution of the Remaining Proceeds, as evidenced by their counsels' signatures to this Agreed Order.

The Court having considered the agreement of the parties to this Agreed Order and the record in this case from the July 11, 2024 hearing on the Motion finds that good cause exists to enter this Agreed Order Authorizing Distribution of Remaining Sales Proceeds to TXP Capital, LLC. The Court finds jurisdiction over the subject matter and parties, that notice of the Motion and the hearing on the Motion have been adequate under the circumstances and the relief set forth herein should be granted. It is therefore

**ORDERED** that the Debtor is authorized to distribute all Remaining Proceeds from the sales of the Property and the Trencher, if any, to TXP Capital, LLC for payment on its claim against the Debtor; It is further

**ORDERED** counsel for the Debtor shall distribute from its client trust account the Remaining Proceeds to TXP Capital, LLC; it is further

**ORDERED** that the automatic stay is immediately modified as necessary to allow TXP Capital, LLC to deposit and apply the Remaining Proceeds against its claims against the Debtor filed in the Claim Register maintained by the Clerk of the Bankruptcy Court at Proofs of Claim Nos. 20 and 22; it is further

**ORDERED** that the requirements of Bankruptcy Rule 6004(h) are waived, and this Order shall be effective immediately upon entry.

# # #

*Approved and Agreed to:*

| | |
|---|---|
| */s/  Todd J. Johnston (w/ permission)* | Dated:  July 30, 2024 |

**McWHORTER COBB & JOHNSON, LLP**
Todd J. Johnston, SBN:  24050837
P.O. Box 2547
Lubbock, Texas 79408
Telephone:  (806) 762-0214
Facsimile:  (806) 762-8014
Email:  tjohnston@mcjllp.com
*Attorneys for Debtor Forza Pipeline Services, Inc.*

| | |
|---|---|
| */s/  H. Grady Terrill (w/ permission)* | Dated:  July 30, 2024 |

**CRAIG, TERRILL, HAMM, GROSSMAN & ERWIN, LLP**
H. Grady Terrill; State Bar No. 19792300
9816 Slide Road, Suite 201
Lubbock, Texas 79424
(806) 744-3232 - Telephone
(806) 744-2211 – Facsimile
*gradyt@cthgelawfirm.com*
*Attorneys for First Bank & Trust, a Division of HTLF*

| | |
|---|---|
| */s/ Brad W. Odell* | Dated:  July 30, 2024 |

**MULLIN, HOARD & BROWN, LLP**
Brad W. Odell; State Bar No. 24065839
P.O. Box 2585
Lubbock, Texas 79408
(806) 765-7491 - Telephone
(806) 765-0553 – Facsimile
*bodell@mhba.com*
*Attorneys for TXP Capital, LLC*

*Approved as to Form Only:*

| | |
|---|---|
| */s/ Eric Terry (w/ permission)* | Dated:  July 30, 2024 |

**ERIC TERRY LAW, PLLC**
Eric Terry; State Bar No. 00794729
3511 Broadway
San Antonio, Texas 79408
(210) 468-8274 - Telephone
*eric@ericterrylaw.com*
*Attorney for Eric Terry, SubChapter V Trustee*