# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24–70030–smr
Chapter No.: 11
Judge: Shad Robinson

IN RE: **Forza Pipeline Services, Inc.** , Debtor(s)

## NOTICE OF ORDER CONFIRMING PLAN

Notice is hereby given of entry of the following order of this Court on 8/26/24

85 – 49  Order Confirming Chapter 11 Plan, (related document(s): 49 Chapter 11 Plan filed by Todd J. Johnston for Debtor Forza Pipeline Services, Inc..) (Order entered on 8/26/2024) (Schoener, Lauren)

Dated: 8/26/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Order Confirming Plan Notice]** [Ntcocp11apac]